



★ ★ ★        ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00340-CR

David Michael **LOYD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CR-0414
Honorable Catherine Torres-Stahl, Judge Presiding

PER CURIAM

Sitting:  Catherine Stone, Chief Justice
     Karen Angelini, Justice
     Sandee Bryan Marion, Justice

Delivered and Filed: January 27, 2010

DISMISSED

   Appellant has filed a motion to dismiss this appeal by withdrawing his notice of appeal. The

motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

               PER CURIAM

DO NOT PUBLISH